In the Matter of LEONARD A. SNITKIN, an Attorney, Appellant.

THE ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Respondent.

*Matter of Snitkin*, 187 App. Div. 883, appeal dismissed.

(Argued February 24, 1919; decided March 4, 1919.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 16, 1919, which disbarred the appellant herein from practice as an attorney and counselor at law in the state of New York.

The motion was made upon the ground that the order of the Appellate Division was unanimous and that permission to appeal had not been obtained.

*Einar Chrystie* for motion.

*Elijah N. Zoline* opposed.

Motion granted and appeal dismissed.